# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 25, 2025

Mr. Joshua Anderson
Hoover Slovacek, L.L.P.
5051 Westheimer Road
Galleria Tower II
Suite 1200
Houston, TX 77056

Ms. Sherlyn Harper
Office of the Attorney General
for the State of Texas
808 Travis Street
Suite 1520
Houston, TX 77002-0000

Mr. William S. Helfand
Lewis, Brisbois, Bisgaard & Smith, L.L.P.
24 Greenway Plaza
Weslayan Tower
Suite 1400
Houston, TX 77046

Mr. Eugene Xerxes Martin IV
Martin Golden Lyons Watts Morgan, P.L.L.C.
8750 N. Central Expressway
NorthPark Central
Suite 1850
Dallas, TX 75231

      No. 24-20447   Clark v. City of Pasadena
                     USDC No. 4:23-CV-4050

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**The covers of your documents must be the following colors: Appellees' brief must be red.**

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Kim M. Pollard, Deputy Clerk
504-310-7635

cc:
　　Mr. Jacob Michael Bach
　　Mr. Antel C. Clark
　　Mr. Daniel Swift Edmunds Jr.
　　Mr. Sean M. Higgins